**FRANK C. GILMORE, ESQ. - NSB #10052**
frank@gilmoregroupnv.com
The Gilmore Law Group PLLC
1495 Ridgeview Dr., Ste 90
Reno, Nevada 89519
Telephone:    (775) 848-6387
Facsimile:    (775) 996-9898
*Attorneys for Estate of Joseph Cellura;*
*Joseph R. Cellura Living Trust;*
*Emelia Baer Cellura; and*
*Malibu55, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH FRONTIERE, | |
| Plaintiff, | **Case No. 3:25-cv-00405-MMD-CSD** |
| v. | |
| ESTATE OF JOSEPH R. CELLURA; JOSEPH R. CELLURA LIVING TRUST; EMELIA BAER CELLURA, individually and as transferee and beneficiary; MALIBU55, INC., a Nevada corporation; HALF-CRAZY MAMA, LLC, a Nevada limited liability company; ADMI, Inc., a Nevada corporation; TARSIN MOBILE, INC., a Nevada corporation; DOE ENTITIES 1-10; DOE TRUSTEES 1-5; DOE BENEFICIARIES 6-10, | **ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING COMPLETION OF ARBITRATION** |
| Defendants. | |

COMES NOW Plaintiff, Joseph Frontiere ("Plaintiff") and Defendants Estate of Joseph R. Cellura, the Joseph R. Cellura Living Trust, Emelia Baer Cellura, and Malibu55, Inc., ("Defendants") by and through their attorneys of record The Gilmore Law Group, PLLC, and hereby request the Court enter a stay of this action pending completion of the mandatory arbitration pending between these parties in New Mexico as follows:

1

1. WHEREAS, this action arises from Plaintiff's effort to secure this Court's "assistance" related to pending mandatory arbitration proceedings in New Mexico between Plaintiff and the Estate of Joseph R. Cellura (recently deceased), among others.

WHEREAS, Defendants have filed a Motion to Dismiss contending that Plaintiff's Complaint fails to state a claim upon which relief can be granted [ECF 14].

WHEREAS, it is anticipated that the New Mexico arbitration will be fully resolved in the next several weeks.

WHEREAS, the result of the arbitration will have a material impact on the substance and procedure of this action going forward, including the merit of the Motion to Dismiss.

THEREFORE, the parties hereby stipulate and agree, and respectfully request that the Court order, as follows:

1. That this action be stayed until the final award is entered in the New Mexico arbitration; and

2. That the Court vacate all currently set litigation dates, including the Case Management Conference, until the arbitration is completed and a final award entered.

Dated this 27th day of October, 2025.

Joseph Frontiere
110 Amy Ann Lane
Vero Beach, Florida 32963


    /s/ Joseph Frontiere
JOSEPH FRONTIERE

THE GILMORE LAW GROUP PLLC
1495 Ridgeview Dr., Ste 90
Reno, Nevada 89519

    /s/ Frank C. Gilmore
FRANK C. GILMORE
*Attorneys for Estate of Joseph Cellura;*
*Joseph R. Cellura Living Trust;*
*Emelia Baer Cellura; and*
*Malibu55, Inc.*

IT IS SO ORDERED

DATED this 27th day of October, 2025.

_____
Miranda M. Du, U.S. District Judge